UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL LEMUS,<br><br>  Defendant. | CR-06-0006-JLQ<br><br>Final Order of Forfeiture |

WHEREAS, on August 8, 2006, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, preliminarily forfeiting to the United States the property described below:

1) All United States currency funds or other monetary instruments totaling $56.04 credited to Account #'s XXX-XXX312-2, XXX-XXX789-3 and XXX-XXXX879-0, at Washington Mutual Bank, in the name of Isabel Lemus;

2) All United States currency funds or other monetary instruments, in the amount of $93,014.58, credited to Account # XXXX5891, at Bank of America, a savings account in the name of Daniel Lemus; and,

3) All United States currency funds or other monetary instruments credited to Account # XXXX5240, at Bank of America, for a Certificate of Deposit held in the name of Daniel Lemus, in the amount of $19,500.00, minus early withdrawal fees, for a total of $19,269.82.

WHEREAS Defendant MIGUEL ANGEL LEMUS'S interest in the property described above was forfeited to the United States via the criminal judgment entered herein.

WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

Final Order of Forfeiture - 1
Lemus.wpd

1  On August 24, 31, and September 7, 2006, the Notice of Preliminary Order of Forfeiture was published in the Cheney Free Press, a newspaper of general circulation in Spokane County, Washington, which notified all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property described above.  At the latest, this 30-day period expired on October 9, 2006.

It appearing to the Court that MIGUEL ANGEL LEMUS'S interest has been resolved by the criminal judgment herein;

It further appearing to the Court that no claims have been made to the property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the property described above is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited property in accordance with law.

ORDERED this 3rd day of November, 2006.

s/ Justin L. Quackenbush
Justin L. Quackenbush
Senior United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Aine Ahmed

Aine Ahmed
Assistant United States Attorney

Final Order of Forfeiture - 2
Lemus.wpd